389 P.2d 20

George TRUJILLO, Petitioner,

v.

DIRECTOR, NEW MEXICO PAROLE
BOARD, and The State of New
Mexico, Respondents.

No. 49 HC.

Supreme Court of New Mexico.

Jan. 31, 1964.

COMPTON, Chief Justice, and
CARMODY, CHAVEZ, NOBLE and
MOISE, Justices, concurring.

Ordered that the petition for writ of
mandamus be, and the same is hereby
denied for failure to state a cause of action
in petition.

389 P.2d 20

Nicholas G. SIMON and Helene W. Simon,
Petitioners,

v.

Hon. Paul TACKETT, District Judge in and
for the County of Bernalillo, Respondent.

No. 7565.

Supreme Court of New Mexico.

Feb. 5, 1964.

COMPTON, Chief Justice, and
CARMODY, CHAVEZ, NOBLE and
MOISE, Justices, concurring.

Ordered that the petition for alternative
writ of prohibition be and the same is here-
by denied.